FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 JAN -4  AM 8:52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PAMELA MOORE,<br><br>　　　　Defendant. | CASE NO. 1:24-CR-00004<br><br>JUDGE BARRETT<br><br>**I N F O R M A T I O N**<br><br>18 U.S.C. § 1957<br>18 U.S.C. § 2 |

The United States Attorney charges:

## COUNT 1
### (Money Laundering)

On or about November 10, 2021, in the Southern District of Ohio, the defendant, **PAMELA MOORE**, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is transfer of $450,000.00 from PNC Bank account ending in x4089 to PNC Bank account ending in x5396, such property having been derived from a specified unlawful activity, that is, wire fraud.

**In violation of Title 18, United States Codes, Sections 1957 and 2.**

　　　　　　　　　　　　　　　　　　　　　　　KENNETH L. PARKER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　RYAN A. KEEFE (MA 687613)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney